## FROM: THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT, COUNTY OF CASCADE.

STATE OF MONTANA,

 Plaintiff,

vs.

 NO. CDC-87-026a

RICHARD PAUL HALL,

 Defendant.

On November 24, 1987, the Defendant was sentenced to Count I, 7 forty (40 years for Robbery; ten (10 years for Persistent felony offender and ten (10 years for the use of a dangerous weapon. All sentences are to run consecutively. If paroled, the defendant is to pay restitution in the amount of $22,733; dangerous offender designation.

On November 16, 1989 the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

After careful consideration, it was the unanimous decision of the Sentence Review Division that the sentence shall be remanded back to Judge Thomas McKittrick of the District Court in Cascade County pursuant to the State v. Camitsch case to make findings with respect to his reasons for designating the defendant as a dangerous offender.

January 30, 1990, Judge McKittrick filed findings as to his reasons for designating the defendant a dangerous offender.

Upon review of the January 30, 1990 decision by Judge McKittrick, the Sentence Review Board finds that restitution was ordered without any time suspended.

Therefore, the case is remanded back to Judge McKittrick for reconsideration. According to Section 46-18-201, MCA, part of the sentence must be suspended or the restitution must be omitted.